UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| STARNET INTERNATIONAL AMC, INC.,<br>　　　　Plaintiff,<br><br>　　v.<br><br>MOUSA KAFSHA,<br>　　　　Defendant.<br>_____/ | No. C 09-4301 JF<br><br>**ORDER GRANTING REQUEST FOR DEFENDANT MOUSA KAFSHA TO ATTEND THE MEDIATION TELEPHONICALLY**<br><br>Date:　　　July 26, 2010<br>Mediator:　George Fisher |

IT IS HEREBY ORDERED that the request for defendant Mousa Kafsha to be excused from personally attending the July 26, 2010 mediation session before George Fisher is GRANTED with the condition that Mr. Kafsha arranges for a representative with full settlement authority to attend the session in person. Additionally, Mr. Kafsha shall be available to participate telephonically at all times in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

July 19, 2010　　　　　　　　By:　　　　　*Elizabeth D. Laporte*
Dated　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge