UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STARNET INTERNATIONAL AMC INC., ) <br> ) <br>         Plaintiff, ) <br>   v. ) <br> ) <br> MOUSA KAFASH DBA BAPAZ ) <br> GARMENTS, ET AL., ) <br> ) <br>         Defendants. ) <br> _____ ) | Case No.: C 09-04301 LHK (PVT) <br><br> **ORDER DENYING WITHOUT PREJUDICE PLAINTIFF STARNET'S MOTION TO COMPEL** <br><br> **[DOCKET NO. 28]** |

        Plaintiff Starnet International AMC, Inc. moves to compel defendant Mousa Kafash doing business as Bapaz Garments to produce documents and to respond to certain discovery requests. ("Starnet"). Additionally, plaintiff Starnet moves for sanctions. Defendant Mousa Kafash doing business as Bapaz Garments opposes the motion. ("Kafash"). Having reviewed the papers and considered the arguments of counsel,

        IT IS HEREBY ORDERED that plaintiff Starnet's motion to compel is denied without prejudice to a renewed motion.[1]

        As an initial matter, plaintiff Starnet's moving papers fail to comply with the local rules in this district. For example, plaintiff Starnet does not "set forth each request in full, followed immediately by the objections and/or responses thereto." Civ. L.R. 37-2. Moreover, "[f]or each

---

[1] The holding of this court is limited to the facts and particular circumstances underlying the present motion.

1 such request, the moving papers must detail the basis for the party's contention that it is entitled to
2 the requested discovery and must show how the proportionality and other requirements of FRCivP
3 26(b)(2) are satisfied." *Id.* As another example, plaintiff Starnet's motion for sanctions must be
4 separately filed. *See* Civ. L.R. 7-8(a). Next, the court notes that the parties are required to meet and
5 confer in advance of filing the instant motion and there is no indication of any such efforts in
6 plaintiff Starnet's moving papers. *See* Civ. L.R. 37-1(a). Lastly, plaintiff Starnet has not cited to the
7 Federal Rules of Civil Procedure or other applicable authority. Accordingly, plaintiff Starnet's
8 motion to compel is denied without prejudice to a renewed motion. Plaintiff Starnet is advised to
9 review the local rules on the court's website located at www. cand.uscourts.gov.

10      IT IS FURTHER ORDERED that the hearing scheduled to be held on August 31, 2010 is
11 vacated.

12      IT IS FURTHER ORDERED that defendant Kafash's motion for sanctions is denied without
13 prejudice to a renewed motion. *See* Civ. L.R. 7-8(a).

14      IT IS SO ORDERED.

15 Dated:   August 26, 2010

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge