United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STARNET INTERNATIONAL AMC INC., dba ALL CHEER INTERNATIONAL and KERRY INTERNATIONAL,<br><br>Plaintiff,<br>v.<br><br>MOUSA KAFASH, dba BAPAZ GARMENTS et al.,<br><br>Defendant. | Case No.: 09-CV-04301-LHK<br><br>ORDER SEEKING DEFENDANT'S POSITION ON PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR SUMMARY JUDGMENT<br><br>(re: docket # 51) |

Plaintiff Starnet International AMC Inc. ("Plaintiff") has filed a motion to withdraw its motion for summary judgment. Pursuant to Civil Local Rule 7-7(e), "Withdrawal," a moving party has 7 days after service of an opposition to file a notice of withdrawal of the motion. Defendant Mousa Kafash ("Defendant") filed its Opposition on September 7, 2010. Plaintiff's motion to withdraw, filed on September 17, 2010, is thus untimely under the Local Rules. Under Local Rule 7-7(e), the Court has discretion to still decide the motion.

Before doing so, however, the Court seeks Defendant's position on Plaintiff's withdrawal of its motion for summary judgment. Defendant shall file an Opposition or Statement of

1

Nonopposition to Plaintiff's motion to withdraw by Wednesday, September 22, 2010.

Even if Plaintiff's motion to withdraw its motion for summary judgment is granted and the September 28, 2010 hearing is vacated, the parties should plan to proceed with a Case Management Conference on September 28, 2010.

**IT IS SO ORDERED.**

Dated: September 17, 2010

_____
LUCY H. KOH
United States District Judge

2

Case No.: 09-CV-04301-LHK
ORDER RE DEFENDANT'S POSITION ON PLAINTIFF'S MOTION TO WITHDRAW