UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STARNET INTERNATIONAL AMC INC., dba ALL CHEER INTERNATIONAL and KERRY INTERNATIONAL,<br><br>Plaintiff,<br>v.<br><br>MOUSA KAFASH, dba BAPAZ GARMENTS et al.,<br><br>Defendant. | Case No.: 09-CV-04301-LHK<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW ITS MOTION FOR SUMMARY JUDGMENT<br><br>(re: docket # 51) |

Plaintiff Starnet International AMC Inc. ("Plaintiff") has filed a motion to withdraw its motion for summary judgment. Defendant Mousa Kafash has filed a Statement of Nonopposition to Plaintiff's motion to withdraw. Accordingly, the Court GRANTS Plaintiff's motion to withdraw its summary judgment motion. The motion hearing set for September 28, 2010 is vacated. The Case Management Conference set for September 28, 2010 at 1:30 p.m. remains on calendar.

**IT IS SO ORDERED.**

Dated: September 21, 2010

_____
LUCY H. KOH
United States District Judge

1

Case No.: 09-CV-04301-LHK
ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW ITS MOTION FOR SUMMARY JUDGMENT