UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STARNET INTERNATIONAL AMC INC., dba ALL CHEER INTERNATIONAL and KERRY INTERNATIONAL,<br><br>           Plaintiff,<br><br>     v.<br><br>MOUSA KAFASH, dba BAPAZ GARMENTS et al.,<br><br>           Defendant. | Case No.: 09-CV-04301-LHK<br><br>CASE MANAGEMENT ORDER |

Clerk:  Martha Parker Brown         Plaintiff Attorney: Eric F. Hartman
Reporter:  Lee-Anne Shortridge      Defendant Attorney: Reza Sina

A pretrial conference was held on: January 19, 2011.

EXHIBITS: Parties were ordered to provide the Court with their trial exhibits by January 18, 2011. Parties failed to comply with the Court's order.  The parties shall e-mail their exhibits to the Court, LHKpo@cand.uscourts.gov, on January 19, 2011.  On January 20, 2011, the parties shall deliver to the Court three copies of their exhibits in a three-ring binder, as required by paragraph D(1)(c) of this Court's January 5, 2011 order (Dkt. No. 65).

Defendant shall serve Plaintiff with Defendant's exhibits, via e-mail, hand delivery, or fax, on January 19, 2011.

Plaintiff shall serve Defendant with Plaintiff's exhibits, via e-mail, hand delivery, or fax, on January 19, 2011.

PRETRIAL MOTIONS: Neither party filed any motions in limine by the deadline set forth in the Court's January 5, 2011 order.  Parties shall file any pretrial motions on or before January 20, 2011 at 5:00 P.M.  Parties shall file any responses on or before January 21, 2011 at 12:00 P.M.  Parties shall not file any replies.

SETTLEMENT MEETING: Parties shall hold a settlement meeting on or before January 22, 2011. Prior to the settlement meeting, counsel shall disclose to their clients the estimated cost of trial.

**IT IS SO ORDERED.**

Dated: January 19, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 09-CV-04301-LHK
CASE MANAGEMENT ORDER